IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JESSICA HURT, *individually and on behalf Of similarly situated persons,*<br>　　　Plaintiffs,<br><br>v.<br><br>RT PIZZA INC. and RICKY TEEL,<br><br>　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: CASE NO.: 7:20-cv-57 (WLS)<br>:<br>:<br>:<br>:<br>: |

## ORDER

On July 20, 2021 the Court stayed this case for thirty (30) days (Doc. 42) so that the Parties could continue settlement negotiations pursuant to the Parties Joint Status Report (Doc. 41). In granting the stay the Court ordered that the parties update the Court no later than Wednesday, August 11, 2021 about the status of the case, including whether the Parties intended to submit another motion for approval of a settlement and whether the present stay should remain in effect. On August 11, 2021 the Parties filed a Joint Status Report (Doc. 43) requesting the Court continue the stay for seven (7) days for the Parties to attempt settlement negotiations.

In the interest of ensuring efficient proceedings, the Court **ORDERS** that the stay in this case be continued for seven (7) additional days, or through August 25, 2021. The Parties shall update the Court by **no later than Thursday, August 26, 2021,** about the status of the case.

**SO ORDERED**, this __19th__ day of August 2021.

　　　　　　　　　　　　　　　　　　　　/s/ W. Louis Sands
　　　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, SR. JUDGE**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

1