# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| JESSICA HURT, *individually and on behalf Of similarly situated persons,* <br>    Plaintiffs, <br><br> v. <br><br> RT PIZZA INC. and RICKY TEEL, <br><br>    Defendants. | : <br> : <br> : <br> : <br> : CASE NO.: 7:20-cv-57 (WLS) <br> : <br> : <br> : <br> : <br> : |

## ORDER

Before the Court is the Parties fourth Joint Status Report (Doc. 47) filed on September 17, 2021 in compliance with this Court's August 20, 2021 Order staying the case. (Doc. 46.) Therein the Parties inform the Court that they have reached an agreement in principle to resolve Plaintiff's and all Opt-In Plaintiffs' claims for damages but are still in the process of discussing and evaluating settlement of Plaintiff's Attorneys' fees. (Doc. 47.) The Parties have requested the Court continue the stay for an additional thirty (30) days for the Parties to attempt settlement negotiations. (*Id.*)

In the last order, the Court noted that "[t]his shall be the final extension granted absent exigent circumstances timely brought to the Court's attention." (Doc. 46.) However, the Court notes that the Parties note substantial progress and that the remaining issues to be resolved involve reaching an agreement with respect to attorney's fees. (Doc. 47.)

Therefore, in the interest of ensuring efficient proceedings, the Court **ORDERS** that the stay in this case be continued for thirty (30) additional days, or through October 22, 2021. The Parties shall update the Court by **no later than Friday, October 22, 2021,** about the status of the case. If settlement is not reached, the stay now in place will be lifted.

**SO ORDERED**, this  22nd   day of September 2021.

                              /s/ W. Louis Sands
                              **W. LOUIS SANDS, SR. JUDGE**
                              **UNITED STATES DISTRICT COURT**