IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JESSICA HURT, *individually and on behalf Of similarly situated persons,*     Plaintiffs, | : : : : |
| v. | :    CASE NO.: 7:20-cv-57 (WLS) |
| RT PIZZA INC. and RICKY TEEL,     Defendants. | : : : : : |

## ORDER

Before the Court is the Parties' Joint Notice of Settlement (Doc. 49) filed on October 22, 2021. Therein, the Parties notice the Court that they have resolved this matter and will be filing the appropriate approval documents with the Court on or before November 5, 2021. (*Id.*) Therefore, the Parties are **ORDERED** to file the appropriate approval documents with the Court on or before **November 5, 2021**.

**SO ORDERED**, this   25th   day of October, 2021.

                                    /s/ W. Louis Sands
                                    **W. LOUIS SANDS, SR. JUDGE**
                                    **UNITED STATES DISTRICT COURT**