IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JESSICA HURT, individually and on behalf of similarly situated persons, | * |
| | * |
| Plaintiffs, | Case No. 7:20-CV-57(WLS) |
| v. | * |
| RT PIZZA, INC, and RICKY TEEL, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 18, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of November, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk